NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GMAC MORTGAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KAREN BAREL and ARIEL BAREL, <br><br> Defendants. | Civil Action No.: 11-3329 (JLL) <br><br> **ORDER** |

This matter comes before this Court by way of Plaintiff's Motion to Remand this action to the Superior Court of New Jersey, Chancery Division, Passaic County [Docket Entry No. 20]. The Court has considered the Plaintiff's submissions and Defendants' opposition thereto, and rules on the motion on the papers pursuant to Fed. R. Civ. P. 78.  For the reasons stated in the accompanying Opinion, and for good cause shown,

**IT IS** on this **17th day of November, 2011**,

**ORDERED** that Plaintiff's Motion to Remand this matter to State Court is **GRANTED**; and it is further

**ORDERED** that Defendant's Notice of Removal filed on June 9, 2011 is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall close the file in this matter.

**IT IS SO ORDERED.**

/s/ Jose L. Linares
United States District Judge