**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

GMAC MORTGAGE, LCC,

             Plaintiff,

v.

KAREN BAREL and ARIEL BAREL,

             Defendants.

Civil Action No.: 11-3329 (JLL)

**ORDER**

This matter comes before the Court by way of Defendants' Motion for Reconsideration of this Court's November 17, 2011 Opinion and Order granting Plaintiff's Motion to Remand this matter to state court and denying Defendants' Notice of Removal [Docket Entry Nos. 28, 29]; and for the reasons stated in the Court's Opinion filed herewith,

    **IT IS** on this 23rd **day of December, 2011,**

    **ORDERED** that Defendants' Motion for Reconsideration [Docket Entry No. 33], is hereby **DENIED**.

    **IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge